THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FOX, Appellant. — Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MINNIE R. ZABRISKIE and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATIONAL SURETY COMPANY, Respondent, v. SELVIL CONSTRUCTION CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARTHUR KENEDY, as General Guardian for MARY ELIZABETH KENEDY and Others, Infants, Respondent, v. CLIFROSE REALTY CO., INC., and Others, Defendants, Impleaded with LAWYERS TITLE AND GUARANTY COMPANY and Another, Appellants.—Appeal dismissed, with costs to the plaintiff, respondent. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

COLLEGE PUBLISHERS' REPRESENTATIVES, INC., Respondent, v. NATIONAL ADVERTISING SERVICE, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

WILLIAM J. FITZGERALD, Appellant, v. THE CITY OF NEW YORK, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

JOHN WANAMAKER, NEW YORK, Appellant, v. TEN PARK AVENUE CORPORATION and Others, Defendants, Impleaded with NEW YORK TITLE AND MORTGAGE COMPANY, in Rehabilitation, METROPOLITAN LIFE INSURANCE COMPANY and Others, as Receivers of No. 10 Park Avenue, as Intervening Defendants, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

GREAT AMERICAN INDEMNITY COMPANY, Appellant, v. ANTONIO DI MARCO, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

MARIAN STEWART HONEYMAN, Appellant, v. FRED LOBRAICO and Another, Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent Fred Lobraico. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

MELVIN W. VENABLE, Appellant, v. EARL C. H. WALKER and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.